UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

MICHAEL LEE DANIELS,

    Petitioner,

v.                                         Case No. 6:05-cv-1800-Orl-19KRS

SECRETARY, DEPARTMENT
OF CORRECTIONS, *et al.*,

    Respondents.

## ORDER

This case is before the Court on Petitioner's Notice of Appeal (Doc. No. 21, filed September 20, 2006), and Petitioner's inferred Application for Certificate of Appealability. (Doc. No. 22). This Court should grant an application for certificate of appealability only if the Petitioner makes a substantial showing of the denial of a constitutional right. 28 U.S.C. § 2253(c)(2). Petitioner has made no such showing. Therefore, it is

**ORDERED:**

Petitioner's Application for Certificate of Appealability (Doc. No. 22) is **DENIED**.

**DONE AND ORDERED** at Orlando, Florida, this 5th day of October, 2006.

PATRICIA C. FAWSETT, CHIEF JUDGE
UNITED STATES DISTRICT COURT

Copies to:

pslc 10/5
Michael Lee Daniels
Counsel of Record